

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  15-cv-01856-LTB

TOLLGATE CROSSING HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

      Plaintiff,

v.

EVERETT B. FLEMING,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DHI MORTGAGE COMPANY LTD.,
LIBERTY ACQUISITIONS LLC,
STATE OF COLORADO DEPARTMENT OF REVENUE,
HSBC BANK USA, N.A.,
UNITED STATES OF AMERICA, and
CYNTHIA D. MARES, as Arapahoe County Public Trustee,

      Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation Regarding Lien Priority by and between Plaintiff Tollgate Crossing Homeowners Association, Inc., and Defendant HSBC Bank USA, N.A., (Doc 15) as trustee on behalf of Ace Securities Corp. Home Equity Loan Trust and for the registered holders of Ace Securities Corp. Home Equity Loan Trust, Series 2006-ASAP5, Asset Backed Pass-Through Certificates ("Stipulation"), and the Court having reviewed said Stipulation, the file in this matter, and being otherwise fully advised in the premises,

DOES HEREBY APPROVE the Stipulation (Doc 15) and makes it an Order of the Court.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: October 1, 2015