**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-01856-LTB

(Removed from District Court for Arapahoe County, Colorado)


TOLLGATE CROSSING HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

            Plaintiff,

v.

EVERETT B. FLEMING,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DHI MORTGAGE COMPANY LTD.,
LIBERTY ACQUISITIONS LLC,
STATE OF COLORADO DEPARTMENT OF REVENUE,
HSBC BANK USA, N.A.,
UNITED STATES OF AMERICA, and
CYNTHIA D. MARES, as Arapahoe County Public Trustee,

            Defendants.
_____

**ORDER GRANTING MOTION TO RELEASE LIS PENDENS**
_____


THIS MATTER coming before the Court on Plaintiff's Motion to Release Lis Pendens

(Doc 20), and the Court having reviewed the file in this matter and being otherwise fully

advised in the premises,


DOTH HEREBY ORDER:

That the Notice of Commencement of Action (Lis Pendens) against the following described real property and improvements thereon, situated in the County of Arapahoe, State of Colorado, to wit:

Lot 18, Block 8, Tollgate Crossing Subdivision Filing No. 4, County of Arapahoe, State of Colorado.

also known as street number: 5035 South Haleyville Street, Aurora, Co 80016, recorded on July 22, 2015 at Reception Number D5080404 in the records of the Clerk and Recorder of the County of Arapahoe, Colorado, is hereby release.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:    February 11, 2016