**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  15-cv-01856-LTB

(Removed from District Court for Arapahoe County, Colorado)

TOLLGATE CROSSING HOMEOWNERS ASSOCIATION, INC., a Colorado nonprofit corporation,

       Plaintiff,

v.

EVERETT B. FLEMING,
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
DHI MORTGAGE COMPANY LTD.,
LIBERTY ACQUISITIONS LLC,
STATE OF COLORADO DEPARTMENT OF REVENUE,
HSBC BANK USA, N.A.,
UNITED STATES OF AMERICA, and
CYNTHIA D. MARES, as Arapahoe County Public Trustee,

       Defendants.
_____

**ORDER TO DISMISS**
_____

THIS MATTER, coming before the Court on Plaintiff's Amended Motion to Dismiss (Doc 22), and the Court having read and considered the same, and upon being fully advised in the premises,

The COURT does hereby ORDER that this case is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   February 16, 2016